UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 45595
   WILLIAM EMIL COLEMAN JR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-7261
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/13/04 and confirmed on 02/04/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  33158.52 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED | 12000.00 | 1202.54 | 12000.00 |
| ADVANCE TILL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 520.50 | .00 | 520.50 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CASH TO GO | UNSECURED | NOT FILED | .00 | .00 |
| CASH TO GO | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 2290.51 | .00 | 2290.51 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE BUDGET | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 427.35 | .00 | 427.35 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 371.45 | .00 | 371.45 |
| ECAST SETTLEMENT CORP | UNSECURED | 667.79 | .00 | 667.79 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 784.05 | .00 | 784.05 |
| AFNI/VERIZON | UNSECURED | 83.76 | .00 | 83.76 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 8797.00 | .00 | 8797.00 |
| CHECK N CO OF ILLINOIS I | UNSECURED | 566.12 | .00 | 566.12 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN CASH N GO | UNSECURED | 286.62 | .00 | 286.62 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12000.00 | .00 | 14795.15 | .00 | 26795.15 |
| PRINCIPAL PAID | 12000.00 | .00 | 14795.15 | .00 | 26795.15 |

```
INTEREST PAID           1202.54         .00         .00         .00     1202.54
TOTAL PAID             13202.54         .00    14795.15         .00    27997.69
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   1357.93 .

Refunds to the Debtor totaled $   1102.90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 04 B 45595 WILLIAM EMIL COLEMAN JR